**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 222 MAL 2018

           Respondent            :

           :   Petition for Allowance of Appeal from

           :   the Order of the Superior Court

           v.            :

           :

TRAVIS EMERY ORSO,            :

           :

           Petitioner            :

**<u>ORDER</u>**

**PER CURIAM**

    **AND NOW**, this 22nd day of August, 2018, the Petition for Allowance of Appeal is **DENIED**.